AT ROANOKE, VA
FILED
JAN 24 2011
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 5:10-CR-00028 |
| v. | **ORDER** |
| PATRICIA LEIGH CUSTER | By: Samuel G. Wilson<br>United States District Judge |

It appearing that the magistrate judge has submitted a report and recommendation that the defendant's guilty plea be accepted; and it is further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be adjudged guilty of each offense to which the defendant entered a guilty plea.

ENTER: January 24, 2011

_____
United States District Judge